# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

| | |
|---|---|
| **CATLIN SPECIALTY INSURANCE COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:14-cv-2304 SHM tmp ) |
| **MEMPHIS BELL, LLC,** | ) ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, the plaintiff hereby voluntarily dismisses this action.

Respectfully submitted,

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 004678
gbrewer@bkblaw.com
**BENJAMIN J. MILLER**
Registration No. 025575
bmiller@bkblaw.com
Attorneys for Plaintiff

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787

## CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of May, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

 

*s/Gary A. Brewer*
**GARY A. BREWER**
Registration No. 004678
gbrewer@bkblaw.com
**BENJAMIN J. MILLER**
Registration No. 025575
bmiller@bkblaw.com
Attorneys for Plaintiff

**BREWER, KRAUSE, BROOKS, CHASTAIN & BURROW, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787

GAB/BJM