```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION
```

**CATLIN SPECIALTY INSURANCE COMPANY,**

    **Plaintiff,**

VS.                                                NO. 14-2304-Ma

**MEMPHIS BELL, LLC,**

    **Defendant.**

## ORDER OF DISMISSAL

The Plaintiff has submitted a Notice of Voluntary Dismissal indicating that this matter may be dismissed pursuant to Fed. R. Civ. P., Rule 41 (a)(1)(A)(i). This case is therefore dismissed in its entirety.

It is SO ORDERED this 27th day of May, 2014.

                                               _s/ Samuel H. Mays, Jr._
                                               SAMUEL H. MAYS, JR.
                                               UNITED STATES DISTRICT JUDGE