```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

**CATLIN SPECIALTY INSURANCE COMPANY,**

    **Plaintiff,**

VS.                                                                       NO. 14-2304-Ma

**MEMPHIS BELL, LLC,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in accordance with the Order of Dismissal, docketed May 27, 2014.


**APPROVED:**


 *s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


| *May 27, 2014* | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | *s/ Zandra Frazier* |
| | (By) DEPUTY CLERK |